No. 112. WOLFE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 113. GRADY, ADMINISTRATOR, *v.* IRVINE. C. A. 4th Cir. Certiorari denied. *Geo. E. Allen* for petitioner. *Wayt B. Timberlake, Jr.* for respondent.

No. 114. BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY & AGRICULTURAL & MECHANICAL COLLEGE ET AL. *v.* LUDLEY ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *George M. Ponder,* First Assistant Attorney General, *William P. Schuler,* Assistant Attorney General, and *Laurance W. Brooks* for petitioners.

No. 115. RIGGI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Anthony A. Calandra* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 117. WARE ET AL. *v.* BEACH. Supreme Court of Oklahoma. Certiorari denied. *Frank W. Files* and *John W. Cragun* for petitioners. *Chas. R. Gray, W. N. Palmer* and *Paul A. Comstock* for respondent.

No. 119. ROTH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Herbert Monte Levy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.